**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                                                                         **PLAINTIFF**

v.                                      **Case No. 4:14-cv-00757-KGB**

**$328,910.00 IN U.S. CURRENCY**                                                                                  **DEFENDANT**

**WILLIE LEE**                                                                                                            **CLAIMANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, the Court declares that the $328,910.00 in United States currency described in plaintiff, the United States of America's, verified complaint ("the defendant currency") is forfeited, and title is now vested in the United States. All prior claims in and against the defendant currency are extinguished and declared void. The defendant currency shall be turned over to the United States and disposed of according to law. The Court dismisses claimant Willie Lee's answer of defendants and verified claim of claimant and denies the relief requested therein.

It is so adjudged this 21st day of April, 2020.

_____
Kristine G. Baker
United States District Judge